UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YOUNG YIL JO,

                Plaintiff,

    v.

SIX UNKNOWN AGENTS, *et al*.,

                Defendants.

Case No.   C13-142-TSZ-JPD

REPORT AND RECOMMENDATION

On January 24, 2013, plaintiff Young Yil Jo submitted to this Court for filing a proposed civil rights complaint.  (*See* Dkt. No. 1.)  However, plaintiff failed to submit with his complaint either the $350 filing fee or an application for leave to proceed with this action *in forma pauperis*.  Accordingly, the Clerk sent plaintiff a letter advising him that he would have to submit either the entire filing fee, or an application for *in forma pauperis* status, on or before February 25, 2013, and that his failure to do so could result in dismissal of this case.  (Dkt. No. 3.)  The Clerk also sent plaintiff the appropriate *in forma pauperis* application form.  (*See id*.)

REPORT AND RECOMMENDATION
PAGE - 1

To date, plaintiff has submitted neither the filing fee nor an application for leave to proceed *in forma pauperis*.

As plaintiff has had ample time to comply with the filing fee requirement, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

DATED this 2nd day of May, 2013.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2