01
02
03
04
05
06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YOUNG YIL JO,

                Plaintiff,

   v.

SIX UNKNOWN AGENTS, *et al.*,

               Defendants.

Case No.   C13-142-TSZ

ORDER DISMISSING ACTION

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation

    (2)    This matter is DISMISSED, without prejudice, for failure to prosecute.

//

//

ORDER DISMISSING ACTION
PAGE - 1

01     (3)     The Clerk is directed to send copies of this Order to plaintiff and to the
02 Honorable James P. Donohue.

03     DATED this 31st day of May, 2013.

*[signature: Thomas S. Zilly]*

THOMAS S. ZILLY
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2